In the Matter of the Application of PRENTICE W. WILLIS, Individually and as Administrator of the Estate of JOHN C. WILLIS, Deceased, Respondent.

GEORGE M. WILLIS, as Administrator, with the Will Annexed of WARREN G. WILLIS, Deceased, Appellant.

*Matter of Willis*, 184 App. Div. 917, appeal dismissed.

(Submitted September 30, 1918; decided October 8, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 15, 1918, which *unanimously* affirmed a decree of the Delaware County Surrogate's Court construing the will of Warren G. Willis, deceased.

The motion was made upon the ground that no appeal lay to the Court of Appeals, as of right, from the order appealed from, and that permission to appeal had not been obtained.

*Clarence E. Holmes* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Application of THE PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, Respondent, Relative to Acquiring Title to Premises on Mott Avenue and Exterior Street in the Borough of The Bronx.

BRADLEY L. EATON et al., Appellants.

(Submitted September 30, 1918; decided October 8, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 224 N. Y. 567.)